No. 83–1081.   FINVOLD ET AL. *v.* SAMBS ET AL.   Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 83–1098.   ESCONDIDO IMPORTS, INC., ET AL. *v.* CALIFORNIA DEPARTMENT OF MOTOR VEHICLES.   Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 83–1006.   VAUGHTER *v.* TENNESSEE.   Appeal from Ct. Crim. App. Tenn. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5408.   INCHAUSTI *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.